UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

KENNETH WILLIAMS,

        Petitioner,               Case No. 1:23-cv-828

v.                                          Honorable Robert J. Jonker

FEDERAL BUREAU OF PRISONS,

        Respondent.
_____/

## ORDER TO DISMISS WITHOUT PREJUDICE
## FOR FAILURE TO CURE DEFICIENCY

        This is a habeas corpus action filed by a federal prisoner under 28 U.S.C. § 2241. On August 8, 2023, the Court entered an order of deficiency (ECF No. 3) because Petitioner had failed to pay the $5.00 filing fee for a habeas corpus action or to file all of the documents necessary to apply to proceed *in forma pauperis*, as required by Rule 3 of the Rules Governing § 2254 Cases. The Court allowed 28 days for Petitioner to comply. The Court warned Petitioner that if he failed to comply the Court would presume that he was not proceeding *in forma pauperis*, and dismiss his case for want of prosecution.

        More than 28 days have elapsed. Petitioner did not submit the $5.00 filing fee or the requisite documents to apply to proceed *in forma pauperis*. Because Petitioner has failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore, the Court will issue a judgment dismissing the action without prejudice.

        **IT IS SO ORDERED.**

Dated:   September 20, 2023                           /s/ Robert J. Jonker
                                                              Robert J. Jonker
                                                              United States District Judge