UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KENNETH WILLIAMS,

        Petitioner,

v.

        Case No. 1:23-cv-828

        Honorable Robert J. Jonker

FEDERAL BUREAU OF PRISONS,

        Respondent.
_____/

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.

Dated:  September 20, 2023

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge